IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
F!LED

**AUG 0 8 2002**

Michael N. Milby
Clerk of Court

| | |
|---|---|
| YOU CORP., INC. d/b/a THE SPORTSMAN, §<br>INDIVIDUALLY AND ON BEHALF OF ALL §<br>EMPLOYEES OF THE SPORTSMAN, and §<br>CHRISTINE KELLOGG, and §<br>CHRISTY L. ROMERO, §<br> §<br>Plaintiffs, §<br> §<br>v. §<br> §<br>JOHN ALDEN LIFE INSURANCE §<br>COMPANY, TEXAS INSURANCE §<br>MANAGERS, and JIM BLACKBURN, §<br> §<br>Defendants. §<br> | CIVIL ACTION NO. **B-02-151**. |

## NOTICE OF REMOVAL

Defendant John Alden Life Insurance Company ("JALIC"), for the purpose only of

removing this cause to the United States District Court for the Southern District of Texas,

Brownsville Division, states:

1.      **State Court Action.** This is an action filed by Plaintiffs on July 29, 2002, in

the 138th Judicial District Court of Cameron County, Texas, being numbered 2002-07-3000-

B on the docket of said court, and being a suit by Plaintiffs for group medical insurance

coverage.

2.    **Preemption by Federal Law.**  As a matter of law, Plaintiffs' claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1144, which is a law of the United States. *Pilot Life Ins. Co. vs. Dedeaux*, 481 U.S. 41, 107 S.Ct. 1549 (1987); *Metropolitan Life Ins. Co. vs. Taylor*, 481 U.S. 58, 107 S.Ct. 1542 (1987). Additionally, Plaintiffs' petition concedes the necessary facts establishing the existence of an ERISA plan: "On or about September 1, 1997, Plaintiff, You Corp., Inc. d/b/a The Sportsman entered into Group Contract No. 964322 with Defendant, John Alden Life Insurance Company, by the terms of which it provided health care coverage for the Plaintiffs ... for the benefit of the employees of The Sportsman" (*see* Petition, ¶VI), and the employer, The Sportsman, contributed to the payment of premiums on behalf of its employees (*see* Petition, ¶VIII). Factual assertions in pleadings are judicial admissions conclusively binding on the party who made them. *Davis v. A.G. Edwards & Sons, Inc.*, 823 F.2d 105, 108 (5th Cir. 1987); *White v. ARCO/Polymers, Inc.*, 720 F.2d 1391, 1396 (5th Cir. 1983). The question of whether an employee benefit plan exists is one of fact. *Gahn v. Allstate Life Ins. Co.*, 926 F.2d 1449, 1452 (5th Cir. 1991). The judicial admissions of Plaintiffs establish the existence of an employee benefit plan governed by ERISA. *See e.g., Rollo v. Maxicare of La., Inc.*, 695 F.Supp. 245, 247 (E.D. La. 1988)(allegations that "[a]s a consequence of his employment ... he is entitled to health care through Maxicare" conceded presence of an ERISA plan).

3.    **Original Jurisdiction.** This action is removable under 28 U.S.C. §1441 on the basis of a federal question.  Plaintiffs seek to recover damages relating to an ERISA-regulated plan, which is a claim exclusively maintainable under 29 U.S.C. §1132.  These claims are completely preempted, as a matter of law, by ERISA, as 29 U.S.C. §1132 governs actions under ERISA and provides the exclusive remedy for actions under an ERISA-regulated plan.  Consequently, this Court has original jurisdiction under 28 U.S.C. §1331 and 29 U.S.C. §1132.

4.    **Consents to Removal.**  Defendants Texas Insurance Managers and Jim Blackburn have consented to the removal of this case to federal court, and their Consents to Removal are attached hereto as Exhibit "A."

5.    **State Court Documents**.  The time within which Defendants are required by law to plead or answer in this suit has not expired, and removal is timely under 28 U.S.C. §1446(b).  Pursuant to Local Rule 81, filed simultaneously herewith is an index of matters which includes all documents served on Defendants and a copy of the state court file and docket sheet. Attached hereto is a list of all counsel of record, including each attorney's bar number, address, telephone number and parties represented.

6.    **Prayer.**  Wherefore, Defendant JALIC prays that the United States District Court for the Southern District of Texas, Brownsville Division, accept this Notice of

Removal and that it assume jurisdiction of this cause and that it issue such further orders and

processes as may be necessary to bring before it all parties necessary for the trial hereof.

Respectfully submitted,

By: _____

Andrew G. Jubinsky
Southern I.D. No. 8603
State Bar No. 11043000
Andrew P. Speicher
Southern I.D. No. 27175
State Bar No. 24027878

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANT
JOHN ALDEN LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served via Federal Express/overnight delivery to Janice A. Cassidy, Janice A. Cassidy, P.C., 550 North Sam Houston Boulevard, San Benito, Texas 78586, Ricardo D. Villanueva, Thornton Summers Biechlin Dunham, & Brown, L.C., 418 East Dove Avenue, McAllen, Texas 78504-2240,  and Joe Frazier Brown, Jr., Thornton Summers Biechlin Dunham & Brown, L.C., 10100 Reunion Place, STE 300, Airport Center, San Antonio, Texas 78216-4186 on the 7th day of August, 2002.

Andrew G. Jubinsky

## LIST OF COUNSEL

Janice A. Cassidy
Bar No. 03979210
Janice A. Cassidy, P.C.
P.O.Box 592
550 North Sam Houston Boulevard
San Benito, Texas 78586
(956) 399-3327
(956) 399-0688 (FAX)

**ATTORNEYS FOR PLAINTIFF**


Andrew G. Jubinsky
Southern I.D. No. 8603
State Bar No. 11043000
FIGARI DAVENPORT & GRAVES, L.L.P.
4800 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
(214) 939-2000
(214) 939-2090 (FAX)

**ATTORNEYS FOR DEFENDANT**
**JOHN ALDEN LIFE INSURANCE COMPANY**


Ricardo D. Villanueva
State Bar No. 00792896
Thornton Summers Biechlin Dunham
         & Brown, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240
(956) 630-3080
(956) 630-0189 (FAX)

**ATTORNEYS FOR DEFENDANT**
**TEXAS INSURANCE MANAGERS**


Joe Frazier Brown, Jr.
State Bar No. 03200200
Thornton Summers Biechlin Dunham
         & Brown, L.C.
10100 Reunion Place
STE 300, Airport Center
San Antonio, Texas 78216-4186
(210) 342-55555
(210) 525-0666 (FAX)

**ATTORNEYS FOR DEFENDANT**
**JIM BLACKBURN**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

YOU CORP., INC. d/b/a THE SPORTSMAN, §
INDIVIDUALLY AND ON BEHALF OF ALL §
EMPLOYEES OF THE SPORTSMAN, §
CHRISTINE KELLOGG, and §
CHRISTY L. ROMERO, §
§
        Plaintiffs, §
§                CIVIL ACTION NO. B-02-151
v. §
§
JOHN ALDEN LIFE INSURANCE §
COMPANY, TEXAS INSURANCE §
MANAGERS, and JIM BLACKBURN, §
§
        Defendants. §

## CONSENT TO REMOVAL

Jim Blackburn consents to the removal of this case to federal court.

Respectfully submitted,

By: _____
        JIM BLACKBURN
        Defendant



**CONSENT TO REMOVAL**                                                    **Sole Page**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

YOU CORP., INC. d/b/a THE SPORTSMAN,  '
INDIVIDUALLY AND ON BEHALF OF ALL  '
EMPLOYEES OF THE SPORTSMAN,  '
CHRISTINE KELLOGG, and  '
CHRISTY L. ROMERO,  '
                                                      '
          Plaintiffs,                                '          CIVIL ACTION NO. B-02-151
                                                      '
v.                                                    '
                                                      '
JOHN ALDEN LIFE INSURANCE  '
COMPANY, TEXAS INSURANCE  '
MANAGERS, and JIM BLACKBURN,  '
                                                      '
          Defendants.                               '

## CONSENT TO REMOVAL

Texas Insurance Managers consents to the removal of this case to federal court.


Respectfully submitted,



*Larry Scho...*
TEXAS INSURANCE MANAGERS
Defendant


By: *LARRY SCHOENEMANN*

Its: *PRESIDENT*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

YOU CORP., INC. d/b/a THE SPORTSMAN, §
INDIVIDUALLY AND ON BEHALF OF ALL §
EMPLOYEES OF THE SPORTSMAN, and §
CHRISTINE KELLOGG, and §
CHRISTY L. ROMERO, §
　　　　　　　　　　　　　　 §
　　　　Plaintiffs, §
　　　　　　　　　　　　　　 §　　CIVIL ACTION NO. **B-02-151**
v. §
　　　　　　　　　　　　　　 §
JOHN ALDEN LIFE INSURANCE §
COMPANY, TEXAS INSURANCE §
MANAGERS, and JIM BLACKBURN, §
　　　　　　　　　　　　　　 §
　　　　Defendants. §

## DEFENDANT'S INDEX OF STATE COURT MATTERS
## PURSUANT TO LOCAL RULE 81

　　　　Defendant John Alden Life Insurance Company, in connection with the removal of

this case to the United States District Court for the Southern District of Texas, Brownsville

Division, files its index of state court matters, as follows:

| | **State Court Document** | **Date Filed** |
|---|---|---|
| 1. | Docket Sheet | N/A |
| 2. | Transmittal letter to District Clerk of Cameron County | 7/26/02 |
| 3. | Plaintiff's Original Petition and Request for Temporary Restraining Order, Temporary Injunction and Permanent Injunction | 7/29/02 |

**Defendant's Index of State Court Matters Pursuant to Local Rule 81 – Page 1**

4.    Plaintiffs' Supporting Affidavit                    7/29/02

5.    Temporary Restraining Order and
      Order Setting Hearing                               7/29/02

Respectfully submitted,

By: _____
    Andrew G. Jubinsky
    Southern I.D. No. 8603
    State Bar No. 11043000
    Andrew P. Speicher
    Southern I.D. No. 27175
    State Bar No. 24027878

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANT
JOHN ALDEN LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served via Federal Express/overnight delivery certified mail, return receipt requested, to Janice A. Cassidy, Janice A. Cassidy, P.C., 550 North Sam Houston Boulevard, San Benito, Texas 78586, Ricardo D. Villanueva, Thornton Summers Biechlin Dunham, & Brown, L.C., 418 East Dove Avenue, McAllen, Texas 78504-2240, and Joe Frazier Brown, Jr., Thornton Summers Biechlin Dunham & Brown, L.C., 10100 Reunion Place, STE 300, Airport Center, San Antonio, Texas 78216-4186 on the 7th day of August, 2002.

_____
Andrew G. Jubinsky

PAGE: 01

2002-07-003000-B    07    29    02

CERTIFIED COPY

* * * C L E R K ' S   E N T R I E S * * * *

00191601
HON. JANICE A. CASSIDY
...SMAN, INDIVIDUALLY AND  P.O. BOX 592
SAN BENITO, TX    78586 0000

...MPANY AND TEXAS INSURA

(10)

INJUNCTION/TRO

| Date | Entry |
|---|---|
| 07/29/02 | ORIGINAL PETITION FILED |
| 07/29/02 | PLAINTIFFS' SUPPORTING AFFIDAVIT |
| 07/29/02 | CITATION: JOHN ALDEN INSURANCE COMPANY |
| 07/29/02 | SERVED: |
| 07/29/02 | PRECEPT: JOHN ALDEN INSURANCE COMPANY |
| 07/29/02 | SERVED: |
| 07/29/02 | CITATION: TEXAS INSURANCE MANAGERS |
| 07/29/02 | SERVED: |
| 07/29/02 | PRECEPT: TEXAS INSURANCE MANAGERS |
| 07/29/02 | SERVED: |
| 07/29/02 | CITATION: JIM BLACKBURN |
| 07/29/02 | SERVED: |
| 07/29/02 | PRECEPT: JIM BLACKBURN |
| 07/29/02 | SERVED: |

...ESTRAINING ORDER AND ORDER SETTING HEARING SET
...12/02 AT 9:00 A.M./ALIMAS/JSERRATA
...T AT $500.00/ALIMAS/JSERRATA

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 8/01/02

# JANICE A. CASSIDY, P. C.
### *Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

July 26, 2002

Aurora De La Garza, District Clerk
Cameron County Courthouse
974 East Harrison
Brownsville, TX  78520

In re:   You Corp., Inc. d/b/a The Sportsman, Individually and on behalf of all
         Employees of The Sportsman, and Christine Kellogg and Christy L. Romero
         v. John Alden Life Insurance Company, Texas Insurance Managers and
         Jim Blackburn

Dear Ms. De La Garza:

Please find enclosed Plaintiffs' Original Petition and Request for Temporary Restraining Order, Temporary Injunction and Permanent Injunction which I request that you file of record in the above cause.   Also find enclosed a Temporary Restraining Order.   Kindly have the Order set for hearing and signed by the appropriate Judge.   Once the Order has been signed, kindly issue citation for service upon Defendants as follows:

Andrew G. Jubinksy, Registered Agent for
John Alden Life Insurance Company
901 Main Street
3400 Bank of America Plaza
Dallas, TX  75202

Larry B. Schoenemann, Registered Agent for
Texas Insurance Managers
410 East Harrison
Harlingen, TX 78550

Jim Blackburn
1212 East Harrison  Suite 282
Harlingen, TX  78550

Aurora De La Garza, District Clerk
Page 2
July 26, 2002

　　　　When the citations are ready, kindly notify this office and I will pick them up for service. The appropriate filing fee is being paid with this letter.

　　　　Thanking you for your kind consideration, I remain,

　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　JANICE A. CASSIDY, P.C.

　　　　　　　　　　　　　JANICE A. CASSIDY

JAC:mml
Encl.



CERTIFIED
COPY

FILED _____ o'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

JUL 2 9 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

CAUSE NO. 2002-07-3000-B

| | | |
|---|---|---|
| YOU CORP., INC d/b/a THE SPORTSMAN, | § | IN THE DISTRICT COURT OF |
| INDIVIDUALLY AND ON BEHALF OF | § | |
| ALL EMPLOYEES OF THE SPORTSMAN | § | |
| And | § | |
| CHRISTINE KELLOGG | § | |
| And | § | |
| CHRISTY L. ROMERO | § | |
| | § | CAMERON COUNTY, TEXAS |
| vs. | § | |
| | § | |
| JOHN ALDEN LIFE INSURANCE COMPANY | § | |
| And | § | |
| TEXAS INSURANCE MANAGERS | § | |
| And | § | |
| JIM BLACKBURN | § | 138th JUDICIAL DISTRICT |

**PLAINTIFFS' ORIGINAL PETITION AND REQUEST
FOR TEMPORARY RESTRAINING ORDER, TEMPORARY
INJUNCTION AND PERMANENT INJUNCTION**

TO THE HONORABLE JUDGE OF THE SAID COURT:

COME NOW, YOU CORP., INC. d/b/a THE SPORTSMAN, INDIVIDUALLY

AND ON BEHALF OF ALL EMPLOYEES OF THE SPORTSMAN AND CHRISTINE

KELLOGG AND CHRISTY L. ROMERO, Plaintiffs in the above cause, complaining of John

Alden Life Insurance Company, Texas Insurance Managers and Jim Blackburn, Defendants in

the above cause, and in support would respectfully show the Court the following:

I.

Discovery will be conducted under level 2 discovery control plan.

II.

Plaintiffs, You Corp., Inc. d/b/a The Sportsman, Individually and on behalf of all

employees of The Sportsman and Christine Kellogg and Christy L. Romero, are residents of

Cameron County, Texas.

CERTIFIED
COPY

## II.

Defendant, John Alden Life Insurance Company, is an insurance carrier incorporated under the laws of the State of Minnesota and authorized to conduct business in the State of Texas and is actively conducting business in Cameron County, Texas and may be served with process upon its registered agent, Andrew G. Jubinksy, 901 Main Street, 3400 Bank of America Plaza, Dallas, TX 75202

## III.

Defendant, Texas Insurance Managers, is a Texas Corporation actively engaged in the business of transacting insurance within the State of Texas and particularly within Cameron County, Texas and may be served with process upon its registered agent, Larry B. Schoenemann, 410 East Harrison, Harlingen, Texas 78550. At all material times, said Defendant has managed Group Contract No. 964322.

## IV.

Defendant, Jim Blackburn, is the insurance agent conducting business in Cameron County, Texas who sold Group Contract No. 964322 to Plaintiffs and may be served with process at 1212 East Harrison, Suite 282, Harlingen, Texas 78550.

## V.

Jurisdiction over this cause is in Cameron County, Texas since all material transactions between Plaintiffs and Defendants occurred in Cameron County, Texas and all damages and injuries suffered by Plaintiffs have occurred in Cameron County, Texas.

## VI.

On or about September 1, 1997, Plaintiff, You Corp. Inc. d/b/a The Sportsman entered into Group Contract No. 964322 with Defendant, John Alden Life Insurance Company, by the

2

CERTIFIED
COPY

terms of which it provided health care coverage for the Plaintiffs in accordance with the Texas Insurance Code for the benefits of the employees of The Sportsman.

## VII.

The said policy of insurance providing such coverage to the Plaintiffs has been in full force and in effect and remains in effect as of the date of this filing.

## VIII.

From the above date through the present the requisite premiums have been paid to continue the coverage in effect on the basis of contributions made by both employer and employees.

## IX.

In September 2000 Plaintiff, Christine Kellogg, was diagnosed with cancer, underwent surgery and was pronounced "cured" in December 2000.   Medical expenses incurred as a result of that condition were submitted to and paid by Defendants under the foregoing Group Contract.

## X.

From that date until approximately May 2002 Plaintiff received only precautionary cancer treatment but continued, according to her medical providers, to be cancer free.  In May 2002 Plaintiff, Christine Kellogg, was diagnosed with a recurrence of cancer and has again required medical attention and has incurred medical expenses of the nature for which coverage is provided under the aforesaid contract.

## XI.

In early June 2002 Plaintiffs received a business census form from Defendants seeking information concerning the number of employees enrolled under the program which form Plaintiffs dutifully completed and returned to Defendants on June 10, 2002.

CERTIFIED
COPY

## XII.

Learning that an employee had not been previously enrolled, Plaintiffs immediately enrolled the additional employee to come into compliance and, as has been the practice of Defendants under similar situations with other Group Contracts, Plaintiffs were assured by Texas Insurance Managers acting through its servant, agent or employee that the coverage would continue once the additional employee was enrolled.    Within weeks Plaintiffs received notification from Defendants that the Group Contract will cancel effective August 1, 2002 due to enrollment failure.   See attached copy of notice made part hereof.

## XIII.

An administrative complaint form has been filed with the Texas Insurance Department as of July 2, 2002 and the complaint is being processed as of the date of this filing.

## IX.

At all times material hereto, Defendants acting individually or through their servants, agents or employees acting within the scope of employment have engaged in the following unfair and deceptive business practices in violation of V.A.T.S., Insurance Code Art. 21.21 and V.T.C.A., Business & Commerce Code §17.46 et seq.:

1) making or permitting unfair discrimination between individuals of the same class;

2) applying terms and conditions precedent to continued coverage in an unfair and discriminatory manner;

3) unfairly canceling coverage on a pretext of non-compliance;

4) requiring Plaintiffs herein to meet a different standard for continued coverage that other similarly situated Plaintiffs;

5) showing a preference to insureds with lower or non-existent claims under their coverage;

4

CERTIFIED
COPY

6)      using an employee census form discriminately and as means of seeking information from the insureds for the purpose of using the information against the insureds; and

7)      treating the Plaintiffs in this cause differently from other insureds due to the increased medical costs of Christine Kellogg.

## X.

Plaintiffs seek a Restraining Order, Temporary Injunction and Permanent Injunction to keep the said Group Contract in effect pending determination whether by the Texas Insurance Department or this Court of the Defendants' breach of good faith and fair dealing towards Plaintiffs because individual Plaintiffs, Christine Kellogg, and Christy L. Romero, have on-going pre-existing conditions which will either preclude further coverage or require an exclusion of pre-existing conditions on coverage to be taken in the future.    Additionally Plaintiff, Christine Kellogg, has met her deductible and co-pay requirements under her current coverage.  Plaintiffs herein will be irreparably harmed if injunctive relief does not issue to stop the cancellation of the Group Contract pending disposition of Plaintiffs' underlying claim because they have no adequate remedy at law.

## XI.

Plaintiffs have not been able to give the requisite notice under either the Insurance Code or the Business and Commerce Code because of the imminence of cancellation of the Group Coverage.

## XII.

Plaintiffs seek compensatory damages against Defendants for any and all benefits to which Plaintiffs are legally entitled under the Group Contract and for which Plaintiffs have paid premiums to Defendants in an amount in excess of the minimum jurisdiction of this court.



**XIII.**

Further, Plaintiffs seek exemplary damages against Defendants for breach of duty of good faith and fair dealing in an amount which will deter Defendants from further practices such as the ones complained of in this cause.

**XIV.**

It was necessary for Plaintiffs to retain the services of Janice A. Cassidy, an Attorney duly licensed to practice law in the State of Texas, and Plaintiffs seek a judgment in their favor as reimbursement for reasonable and necessary attorney's fees incurred in the prosecution of this cause or, alternatively, that the Court award judgment directly in the name of said Attorney in payment of fees incurred.

WHEREFORE, Plaintiffs seek emergency injunctive relief ordering Defendants to refrain from canceling Group Contract No. 964322 pending resolution of Plaintiffs' underlying claims, for compensatory damages in excess of the minimum jurisdiction of this Court, for exemplary damages and for attorney's fees and reasonable and necessary costs of this suit, prejudgment interest and postjudgment interest and for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

JANICE A. CASSIDY, P.C.
P. O. Box 592
San Benito, TX 78586
(956) 399-3327
(956) 399-0688

By _____
JANICE A. CASSIDY
*Attorney for Plaintiffs*
SBOT 03979210
Cameron County 191601

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE 7/01/02
_____
DEPUTY

6

CERTIFIED
COPY

The Sportsman
1985 W. Hwy 77
San Benito, TX   785860000

Re: Group Number - 964322 - 0001

Dear Employer:

We have received the information that you sent regarding group eligibility

We are sorry to inform you that your group coverage will terminate August 1, 2002, assuming premiums are paid, due to not meeting the eligibility and participation requirements.

If you have any questions, please contact our Customer Service Department at 1-800-328-4316

Sincerely,


Mark Schumacher
John Alden Life Insurance Company



CERTIFIED
COPY

CAUSE NO. 2002-07-3000-B

FILED AND ___ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

JUL 29 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

| | | |
|---|---|---|
| YOU CORP., INC d/b/a THE SPORTSMAN, | § | IN THE DISTRICT COURT OF |
| INDIVIDUALLY AND ON BEHALF OF | § | |
| ALL EMPLOYEES OF THE SPORTSMAN | § | |
| And | § | |
| CHRISTINE KELLOGG | § | |
| And | § | |
| CHRISTY L. ROMERO | § | |
| | § | CAMERON COUNTY, TEXAS |
| vs. | § | |
| | § | |
| JOHN ALDEN LIFE INSURANCE COMPANY | § | |
| And | § | |
| TEXAS INSURANCE MANAGERS | § | |
| And | § | |
| JIM BLACKBURN | § | 138th JUDICIAL DISTRICT |

## PLAINTIFFS' SUPPORTING AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

**BEFORE ME**, the undersigned Notary Public for the State of Texas, appeared **CHRISTINE KELLOGG**, who upon her oath did state:

"My name is Christine Kellogg.   I am over the age of eighteen (18) years, am of sound mind and am capable of making this Affidavit.

I have read the Original Petition and Request for Temporary Restraining Order, Temporary Injunction and Permanent Injunction and state that the facts contained in it and in this Affidavit are true and correct based upon my personal knowledge.

I am requesting the Court to give me injunctive relief because I need the medical coverage for my current medical condition and, although I am currently applying for other coverage, I do not know whether there will be any other coverage available to me if my current coverage is cancelled.  I have paid insurance premiums for many years and am continuing to pay

**CERTIFIED COPY**

them as of the date of this filing as a co-pay with my employer, The Sportsman.   I have already

met my deductible and my co-pay which I will have to pay again if I am able to get coverage

with another carrier. I cannot financially afford the medical expenses that I am currently

incurring and will incur in the future without health care insurance."

_____
CHRISTINE KELLOGG


SWORN TO AND SUBSCRIBED before me this 28th day of July 2002.

_____
Notary Public, State of Texas



JOEL P. SMITH
Notary Public, State of Texas
My Commission Expires 03-26-04



DISTRICT COURT
CAMERON COUNTY, TEXAS

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE 8/01/02
DEPUTY

CERTIFIED
COPY

CAUSE NO. *2002-07-3000-B*

| | | |
|---|---|---|
| YOU CORP., INC d/b/a THE SPORTSMAN, | § | IN THE DISTRICT COURT OF |
| INDIVIDUALLY AND ON BEHALF OF | § | |
| ALL EMPLOYEES OF THE SPORTSMAN | § | |
| And | § | |
| CHRISTINE KELLOGG | § | |
| And | § | |
| CHRISTY L. ROMERO | § | |
| | § | CAMERON COUNTY, TEXAS |
| vs. | § | |
| | § | |
| JOHN ALDEN LIFE INSURANCE COMPANY | § | |
| And | § | |
| TEXAS INSURANCE MANAGERS | § | |
| And | § | *138th* JUDICIAL DISTRICT |
| JIM BLACKBURN | § | |

## TEMPORARY RESTRAINING ORDER AND
## ORDER SETTING HEARING

The application of Plaintiffs for temporary restraining order was presented to the Court today.

The Court examined the pleadings and affidavit of Plaintiffs and finds that Plaintiffs is entitled to a temporary restraining order.

IT IS THEREFORE ORDERED that the clerk of this Court issue a temporary restraining order restraining Defendants, and Defendants are immediately restrained, from:

1.     Canceling or in any manner terminating John Alden Life Insurance Company Group Coverage Contract No. 964322 or 964322-0001 during the pendency of this cause.

This restraining order is effective immediately and shall continue in force and effect until further order of this Court or until it expires by operation of law. This order shall be binding on Defendants; on Defendants' agents, servants, and employees; and on those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise.

CERTIFIED
COPY

Plaintiffs are required to post a bond in the amount of $ _500.00_ to cover costs of this cause.

IT IS FURTHER ORDERED that the clerk shall issue notice to Defendants, JOHN ALDEN LIFE INSURANCE COMPANY, TEXAS INSURANCE MANAGERS AND JIM BLACKBURN, to appear in person, before this Court in the courthouse at 974 East Harrison, Brownsville, Texas, on _August 12, 2002_ at _9:00 A_. m. The purpose of the hearing is to determine whether, while this case is pending:

1. The preceding temporary restraining order should be made a temporary injunction pending final hearing;

2. Whether Defendants should accept the enrollment of the additional employee whose application was submitted on June 5, 2002;

2. Whether Plaintiffs are entitled to receive payment from Defendants of medical expenses submitted under Group Policy No. 964322-0001 during the pendency of this cause; and

3. Whether Plaintiffs are entitled to reasonable and necessary attorney's fees and costs incurred in the filing of this proceeding.

IT IS FURTHER ORDERED that any person eighteen years of age or older who is not a party to or interested in the outcome of this case may serve any citation, notice, or process in this case.

SIGNED on the _X9th_ day of _July_ 2002.

BY THE COURT:

_____
JUDGE PRESIDING

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
DATE _8/01/02_
BY _María de Jesus García_
DEPUTY

FILED _11:55_ O'CLOCK _M
AURORA DE LA GARZA DIST. CLERK

JUL 29 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS