IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| YOU CORP., INC. d/b/a THE SPORTSMAN, § <br> INDIVIDUALLY AND ON BEHALF OF ALL § <br> EMPLOYEES OF THE SPORTSMAN, and § <br> CHRISTINE KELLOGG, and § <br> CHRISTY L. ROMERO, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> JOHN ALDEN LIFE INSURANCE § <br> COMPANY, TEXAS INSURANCE § <br> MANAGERS, and JIM BLACKBURN, § <br> § <br> Defendants. § | CIVIL ACTION NO. B-02-151 |

### DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

Defendant John Alden Life Insurance Company files its disclosure of interested parties, and states:

1. Plaintiffs YOU Corp., Inc. d/b/a The Sportsman, Individually and on Behalf of all Employees of The Sportsman, and Christine Kellogg, and Christy L. Romero.

2. Defendant John Alden Life Insurance Company.

3. Defendant Texas Insurance Managers.

4. Defendant Jim Blackburn.

5. Janice A. Cassidy, P.C., 550 North Sam Houston Boulevard, San Benito, Texas 78586 (attorney for Plaintiffs).

**Defendant's Disclosure of Interested Parties - Page 1**

6. Figari Davenport & Graves, L.L.P., 3400 Bank of America Plaza, 901 Main Street, Dallas, Texas 75202 (attorneys for Defendant John Alden Life Insurance Company).

7. Thornton Summers Biechlin Dunham, & Brown, L.C., 418 East Dove Avenue, McAllen, Texas 78504-2240 (attorneys for Defendant Texas Insurance Managers).

8. Thornton Summers Biechlin Dunham & Brown, L.C., 10100 Reunion Place, STE 300, Airport Center, San Antonio, Texas 78216-4186 (attorneys for Defendant Jim Blackburn).

Respectfully submitted,

By: _____
Andrew G. Jubinsky
Southern I.D. No. 8603
State Bar No. 11043000
Andrew P. Speicher
Southern I.D. No. 27175
State Bar No. 24027878

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANT
JOHN ALDEN LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served via Federal Express/overnight delivery to Janice A. Cassidy, Janice A. Cassidy, P.C., 550 North Sam Houston Boulevard, San Benito, Texas 78586, Ricardo D. Villanueva, Thornton Summers Biechlin Dunham, & Brown, L.C., 418 East Dove Avenue, McAllen, Texas 78504-2240, and Joe Frazier Brown, Jr., Thornton Summers Biechlin Dunham & Brown, L.C., 10100 Reunion Place, STE 300, Airport Center, San Antonio, Texas 78216-4186 on the 7th day of August, 2002.

_____
Andrew G. Jubinsky