IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOU CORP., INC. d/b/a THE SPORTSMAN, INDIVIDUALLY AND ON BEHALF OF ALL EMPLOYEES OF THE SPORTSMAN, and CHRISTINE KELLOGG, and CHRISTY L. ROMERO, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. B02-151 |
| JOHN ALDEN LIFE INSURANCE COMPANY, TEXAS INSURANCE MANAGERS, and JIM BLACKBURN, | § § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

AUG 28 2002

Michael N. Milby
Clerk of Court

## STIPULATION OF DISMISSAL

The parties, having announced to the Court that the matters in controversy have been settled, accordingly STIPULATE to a dismissal of all claims, demands, and causes of action asserted or assertable herein by Plaintiffs against Defendants, with costs taxed against the party incurring same.

SO STIPULATED.

Stipulation of Dismissal - Page 1

Respectfully submitted,

By: *[signature]*
    Janice A. Cassidy
    Bar No. 03979210

JANICE A. CASSIDY, P.C.
P.O.Box 592
San Benito, Texas 78586
(956) 399-3327
(956) 399-0688 (FAX)

ATTORNEYS FOR PLAINTIFFS

By: _____
Andrew G. Jubinsky
Southern I.D. No. 8603
State Bar No. 11043000

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (FAX)

ATTORNEYS FOR DEFENDANT
JOHN ALDEN LIFE INSURANCE COMPANY

By: *[signature]* 
Ricardo D. Villanueva
State Bar No. 00792896

THORNTON SUMMERS BIECHLIN DUNHAM
& BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504-2240
(956) 630-3080
(956) 630-0189 (FAX)

ATTORNEYS FOR DEFENDANT
TEXAS INSURANCE MANAGERS

**Stipulation of Dismissal - Page 4**

By: _____
   Joe Frazier Brown, Jr.
   State Bar No. 03200200

THORNTON SUMMERS BIECHLIN DUNHAM
   & BROWN, L.C.
10100 Reunion Place
STE 300, Airport Center
San Antonio, Texas 78216-4186
(210) 342-55555
(210) 525-0666 (FAX)

ATTORNEYS FOR DEFENDANT
JIM BLACKBURN