IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOU CORP., INC. d/b/a THE SPORTSMAN, INDIVIDUALLY AND ON BEHALF OF ALL EMPLOYEES OF THE SPORTSMAN, and CHRISTINE KELLOGG, and CHRISTY L. ROMERO, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B02-151 |
| JOHN ALDEN LIFE INSURANCE COMPANY, TEXAS INSURANCE MANAGERS, and JIM BLACKBURN, | § § § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

The parties having stipulated to a dismissal of this action; it is accordingly

ORDERED, ADJUDGED and DECREED that all claims, demands, and causes of action asserted or assertable herein by Plaintiffs against Defendants shall be, and the same are hereby, DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED, and DECREED that all costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this 30th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE